# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                          NO. 4:10CR00228-02 JLH

RAY ANTHONY JOHNSON
a/k/a "Kool-Aid"                                            DEFENDANT

## ORDER

The government's motion to dismiss the indictment against defendant Ray Anthony Johnson is GRANTED. Document #13. The indictment against defendant Ray Anthony Johnson is hereby dismissed without prejudice.

IT IS SO ORDERED this 17th day of September, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE